IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GLENN TAYLOR, AIS #127254, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 11-00027-KD-B |
| | ) | |
| LT. GANDY, *et al.*, | ) | |
|     Defendants. | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 23, 2011 is hereby **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendants Sgt. Bonner, Sgt. Jackson, Lt. Ruffin, and Officer Debose are herby **DISMISSED WITHOUT PREJUDICE** for lack of venue; and that the Plaintiff's Second, Third, Fifth, and Sixth claims are **DISMISSED WITH PREJUDICE,** prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous, thereby effectively dismissing with prejudice Defendant Allen.

**DONE** and **ORDERED** this the **15th** day of **July 2011.**

                                                         /s/ Kristi K. DuBose
                                                       **KRISTI K. DuBOSE**
                                                       **UNITED STATES DISTRICT JUDGE**